In the Matter of the Claim of ALEXANDER HAHNL, SR., et al., Appellants. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Gibson, P. J.